IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SELECT COMFORT CORPORATION,

    Plaintiff,                                  CIV. NO. S-11-1488 GEB GGH

    vs.

LATERAL MONOPOLY LLC,

    Defendant.                              ORDER

_____/

        Plaintiff's motion for default judgment (dkt. no. 21) is presently calendared for hearing on November 10, 2011.  Defendant failed to file an opposition to the motion.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 230(g).

\\\\

\\\\

\\\\

\\\\

\\\\

1

Accordingly, IT IS ORDERED that:

1. The November 10, 2011 hearing on plaintiff's motion for default judgment (dkt. no. 21), filed October 11, 2011, is vacated; and

2. The motion is submitted on the record.

DATED: November 3, 2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH/wvr
SelectComfort.1488.vac.hrg.wpd