UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 25, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

### JUDGMENT IN A CIVIL CASE

Select Comfort Corporation

          v.        CASE NUMBER: CIV S-11-cv-01488 GEB GGH

Lateral Monopoly, LLC.

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF DECEMBER 16, 2011. SELECT COMFORT CORPORATION IS AWARDED COSTS IN THE AMOUNT OF $230.45 AND ATTORNEYS' FEES IN THE AMOUNT OF $19,349.00.**

                                    Victoria C. Minor,
                                    Clerk of the Court

ENTERED:   May 25, 2012

                                    by: /s/ G. Michel
                                    G. Michel, Deputy Clerk